JASON D. RUSSELL (SBN 169219)
Jason.Russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

OF COUNSEL:
KENNETH A. PLEVAN *(admitted pro hac vice)*
Kenneth.Plevan@skadden.com
JAMIE STOCKTON (admitted *pro hac vice*)
Jamie.Stockton@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3410
Facsimile: (917) 777-3410

*Attorneys for Plaintiff*

Lisa C. DeJaco (admitted *pro hac vice*)
Matthew A. Williams (admitted *pro hac vice*)
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
Telephone: (502) 589-5235
Facsimile: (502) 589-0309
E-mail: ldejaco@wyattfirm.com

William A. Delgado
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
Telephone: (213)955-9240
Facsimile: (213)955-9250
williamdelgado@willenken.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT RATNER, | Case No. 2:15-CV-0849-GHK (ASX) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| HEAVEN HILL DISTILLERIES, INC., | |
| Defendant. | |

Pursuant to the Court's June 30, 2015 Scheduling Notice (Dkt. No. 30), the parties hereby submit this Notice of Settlement. The parties have executed a settlement agreement with an effective date of June 30, 2015, and shall cooperate to prepare and file a Stipulation of Voluntary Dismissal Without Prejudice as soon as reasonably practicable.

Dated: July 2, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/Jason D. Russell
     Jason D. Russell

300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: jason.russell@skadden.com

*Attorneys for Plaintiff*

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 2, 2015

By:  /s/Lisa C. DeJaco
     Lisa C. DeJaco

Lisa C. DeJaco (admitted *pro hac vice*)
Matthew A. Williams (admitted *pro hac vice*)
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
Telephone: (502) 589-5235
Facsimile: (502) 589-0309
E-mail: ldejaco@wyattfirm.com

William A. Delgado
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
Telephone: (213)955-9240
Facsimile: (213)955-9250
williamdelgado@willenken.com

*Attorneys for Defendant*

1
NOTICE OF SETTLEMENT