JASON D. RUSSELL (SBN 169219)
Jason.Russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

OF COUNSEL:
KENNETH A. PLEVAN *(admitted pro hac vice)*
Kenneth.Plevan@skadden.com
JAMIE STOCKTON (admitted *pro hac vice*)
Jamie.Stockton@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3410
Facsimile: (917) 777-3410

*Attorneys for Plaintiff*

Lisa C. DeJaco (admitted *pro hac vice*)
Matthew A. Williams (admitted *pro hac vice*)
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
Telephone: (502) 589-5235
Facsimile: (502) 589-0309
E-mail: ldejaco@wyattfirm.com

William A. Delgado
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
Telephone: (213)955-9240
Facsimile: (213)955-9250
williamdelgado@willenken.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT RATNER,<br><br>        Plaintiff,<br><br>    vs.<br><br>HEAVEN HILL DISTILLERIES, INC.,<br><br>        Defendant. | Case No. 2:15-CV-0849-GHK (ASX)<br><br>**STIPULATION TO VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE** |

STIPULATION

Pursuant to Federal Rule of Civil procedure 41(a), it is hereby stipulated by and among the parties hereto, through their respective counsel of record, that the claims filed in this action by plaintiff Brett Ratner be and hereby are voluntarily dismissed without prejudice.

| | |
|---|---|
| Dated: July 2, 2015 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | By: /s/Jason D. Russell |
| | Jason D. Russell |
| | 300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br>E-mail: jason.russell@skadden.com |
| | *Attorneys for Plaintiff* |
| | All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing. |
| Dated: July 2, 2015 | |
| | By: /s/Lisa C. DeJaco |
| | Lisa C. DeJaco |
| | Lisa C. DeJaco (admitted *pro hac vice*)<br>Matthew A. Williams (admitted *pro hac vice*)<br>WYATT, TARRANT & COMBS, LLP<br>500 West Jefferson Street, Suite 2800<br>Louisville, KY 40202<br>Telephone: (502) 589-5235<br>Facsimile: (502) 589-0309<br>E-mail: ldejaco@wyattfirm.com |
| | William A. Delgado<br>WILLENKEN WILSON LOH & DELGADO LLP<br>707 Wilshire Boulevard, Suite 3850<br>Los Angeles, CA 90017<br>Telephone: (213)955-9240<br>Facsimile: (213)955-9250<br>williamdelgado@willenken.com |
| | *Attorneys for Defendant* |